(No. 4983.   November 22, 1928.)

H. C. McGONAGLE, Respondent, v. CHAFFEE AUTO
COMPANY, GEO. E. CHAFFEE and R. G. ROWE,
Appellants.

[272 Pac. 257.]

Walter H. Anderson, for Appellants.

Thomas & Andersen, for Respondent.

TAYLOR, Commissioner.—This action was brought
against the defendants, as copartners, doing business under
the firm name of Chaffee Auto Company.  The allegation
of partnership was admitted.  The jury's verdict was ''for

the plaintiff, and against the defendants." The clerk inadvertently entered the judgment against "the Chaffee Auto Company, a corporation."

A careful consideration of the entire record, as tested by the assignments of error, has convinced us that the judgment should be affirmed.

It is therefore ordered, that with the substitution of Geo. E. Chaffee and R. G. Rowe, for "the Chaffee Auto Company, a corporation," the judgment is affirmed. Costs to respondent.

PER CURIAM.—The foregoing is approved as the opinion of the court and, with the substitution directed, the judgment is affirmed with costs to respondent.